UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-00440 CJC (ADS)                                         Date:  August 11, 2020

Title:  *John Steven James v. Cois Byrd Detention Center*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):                   Attorney(s) Present for Defendant(s):
               None Present                                                          None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE ADDRESS**

   Plaintiff John Steven James ("Plaintiff"), proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). [Dkt. No. 1]. On July 16, 2020, the Court's Fiscal Department attempted to send Plaintiff a refund check for the portion of Plaintiff's initial partial filing fee that was withdrawn in error. See [Dkt. Nos. 9, 10]. The refund check was returned to the Fiscal Department as "Undeliverable". Furthermore, a search of the Riverside County Sheriff's Department's Jail Information Management System reveals that Plaintiff was released from its custody on July 19, 2020. Riverside County Sheriff's Department, Jail Information Management System, http://jimspub.riversidesheriff.org/.

   Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **September 1, 2020** why this action should not be dismissed for failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address by September 1, 2020 will discharge this Order to Show Cause.

   If Plaintiff no longer desires to pursue the Petition, Plaintiff may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-00440 CJC (ADS)                                    Date:  August 11, 2020

Title:  _John Steven James v. Cois Byrd Detention Center_

Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh