UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN JAMES,<br><br>Plaintiff,<br><br>v.<br><br>COIS BYRD DETENTION CENTER,<br><br>Defendant. | Case No. 5:20-00440 CJC (ADS)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff's Opposition for Motion to Dismiss, Defendant's Reply to Plaintiff's Opposition to Defendant Riverside County Sheriff's Department's Motion to Dismiss Plaintiff's First Amended Complaint, and all related records and files herein, as well as the Report and Recommendation of United States Magistrate Judge dated April 27, 2021 [Dkt. No. 39].

Finding no objections on file, it is hereby ordered:

1. The Report and Recommendation of United States Magistrate Judge [Dkt.

No. 39] is accepted;

2. Defendant's Motion to Dismiss [Dkt. No. 28] is granted, with leave to amend;

3. Plaintiff shall file a second amended complaint within thirty (30) days of the entry of this Order.

DATED: May 20, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE