UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-00440 CJC (ADS)           Date: July 12, 2021

Title: *John Steven James v. Cois Byrd Detention Center*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On June 22, 2021, the Court ordered Plaintiff to pay the balance of the filing fees if he wishes to proceed with this lawsuit. [Dkt. No. 42]. Plaintiff's balance of $334.00 in filing fees was due by no later than July 7, 2021. [Id.]. However, Plaintiff has not paid the fees or otherwise communicated with the Court since June 21, 2021. See [Dkt. No. 41].

**By no later than July 26, 2021,** Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute this action and follow court orders. Plaintiff may respond to this Order by paying the remaining $334.00 in filing fees.

In the alternative, if Plaintiff no longer wishes to pursue his claims, he may file a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for**

**failure to pay the filing fees, failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

      **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>