UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN JAMES,<br><br>Plaintiff,<br><br>v.<br><br>COIS BYRD DETENTION CENTER, et al.<br><br>Defendants. | Case No. 5:20-00440 CJC (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint filed by Plaintiff John Steven James, (Dkt. No. 41), the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 47), and the record in this case. A review of the docket reflects that Plaintiff did not file objections to the Report and Recommendation, and the deadline for filing objections has passed.

//

//

//

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge, (Dkt. No. 47), is accepted;

2. The case is dismissed in its entirety for failure to prosecute and comply with court orders pursuant to Federal Rule of Civil Procedure 41(b); and

3. Judgment is to be entered accordingly.

DATED: September 22, 2021

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge

2