JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN JAMES, | Case No. 5:20-00440 CJC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| COIS BYRD DETENTION CENTER, et al. | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety.

The case is dismissed in its entirety due to Plaintiff's failure to prosecute and comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 22, 2021

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge